FILED  Wilkes-Barre, PA.
December 3, 2020
Clerk, U.S. Bankruptcy Court

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:                              :          CHAPTER 13

JOHN E. THOMPSON, JR.               :          5-17-01836 RNO

_____

I, CAROL W. BALTIMORE, counsel for the debtor, do hereby certify that I haave mailed a notice to debtor indicaing my new contact information, comprised of new telephone numb

and mailing address.                           BY:

                                               /s/ Carol W. Baltimore

                                               7918 Granada Place, Unit 103

                                               Boca Raton, Fl. 33433

                                               (570) 510-8235

DECEMBER 1, 2020

1

| | |
|---|---|
| From: | pambml_automation@pamb.uscourts.gov on behalf of PAMB |
| To: | PAMBml_fax |
| Subject: | EDSS filing from carol w baltimore for JOHN E. THOMPSON, Jr. on Thursday, December 3, 2020 - 11:31 |
| Date: | Thursday, December 3, 2020 11:31:10 AM |

Submitted on Thursday, December 3, 2020 - 11:31
Submitted by user: Anonymous
Submitted values are:

Filer's Name: carol w baltimore
Debtor's name (if different): JOHN E. THOMPSON, Jr.
Filer's EMail Address: carolbaltimore1955@gmail.com
Filer's Phone Number: 5705108235
Case number (if known): 5-17-01836
  ==Documents==
  Document 1:

http://www.pamb.uscourts.gov/system/files/webform/edss/THOMPSON%20COS_1.pdf
  Document description: certificate of service
  ==More Documents==
  Document 2:
  Document 2 description:
  Document 3:
  Document 3 description:
  Document 4:
  Document 4 description:
  Document 5:
  Document 5 description:


By entering my name in the box below, I affirm that I am intending to sign this form with my signature and consent to use this electronic form.: carol w baltimore